City National Bank of Kankakee, Kankakee, Administrator of Estate of Robert Eugene Bissaillon, Deceased, Plaintiff-Appellee, v. City of Kankakee, Defendant-Appellant.

Gen. No. 11,093. ▪▪▪▪▪

Second District, First Division.

December 9, 1957.

Released for publication December 26, 1957.

Victor N. Cardosi, and Donald Gray, for appellant; Eva L. Minor and Maynard R. Bissonnette, for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.